**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE NADIRA JOHN, ) | CV 18-8664-RSWL-JEMx |
|         Plaintiff, ) | |
|                  ) | **JUDGMENT** |
|    v. ) | |
|                  ) | |
| AIG PROPERTY CASUALTY ) | |
| COMPANY, a business of ) | |
| unknown form or residence; ) | |
| and DOES 1-100 ) | |
|                  ) | |
|         Defendants. ) | |

| | |
|---|---|
| AIG PROPERTY CASUALTY ) | |
| COMPANY, a corporation, ) | |
|    Third-Party Plaintiff, ) | |
|                  ) | |
|    v. ) | |
|                  ) | |
| ARTA BALAJ; KAMILLE ELLA ) | |
| BRISICK, and dOES 1-20, ) | |
|    Third-Party Defendants. ) | |

**WHEREAS**, on June 3, 2019 the Court Clerk entered default against Third-Party Defendants Kamille Ella

Brisick [38] and Arta Balaj [39] (collectively, "third-Party Defendants"), pursuant to Federal Rule of Civil Procedure 55(a),

WHEREAS, this Court **GRANTED** Defendant AIG Property Casualty Company's ("Defendant" or "AIG") Third Applications for Default Judgment [54, 55],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant and against Third-Party Defendants, in accordance with this Court's previous Order granting Defendant's Third Applications for Default Judgment. Furthermore, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that AIG's Automobile Policy No. PCG 0013913512 ("the Policy"), does not provide any coverage for: (1) any claim that Balaj has made or could make against Plaintiff Natalie Nadira John as a result of the March 25, 2018 auto accident involving Balaj's 2015 Dodge Charger.; and (2) any claim that Brisick has made or could make against Plaintiff Natalie Nadira John as a result of the March 25, 2018 auto accident involving Brisick's 2015 Mercedes Benz.

///
///
///
///
///
///
///

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 24, 2020

/s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge